# VERIFIED RETURN OF SERVICE

Job # FM24958

### Client Info:

Brian H. Pollock, Esq.. FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL  33146

### Case Info:

**PLAINTIFF:**
MIGUEL ANGEL ALMARAZ
-versus-
**DEFENDANT:**
HOMETOWN VENTURES LLC d/b/a MAXX FOODS 2, SOHIL JIVANI, and MANISHA JIVA

DISTRICT COURT

Court Case # **Case 2:21-cv-00551-JLB-NPM**

### Service Info:

**Received by Mathew L. Ross:** on August, 20th 2021 at **10:35 AM**
**Service:** I Served **MANISHA JIVA**
With: **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT FOR FLSA OVERTIME VIOLATION(S)**
by leaving with **Rosa Zapa, CO-RESIDENT**

**At Residence 232 EDGEMERE WAY E NAPLES, FL 34105**
On **8/23/2021** at **10:51 AM**
**Manner of Service: SUBSTITUTE SERVICE:**
FS 48.031(1)a SERVICE UPON ANY CO-RESIDENT RESIDING THEREIN 15 YEARS OF AGE OR ABOVE, AND THE PROCESS BEING EXPLAINED TO THE PERSON WHO ACCEPTED SAID PROCESS.

**Served Description:  (Approx)**

Age: **38**, Sex: **Female**, Race: **Hispanic**, Height: **5' 6"**, Weight: **175**, Hair: **Black** Glasses:  **No**

I **Mathew L. Ross** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**Mathew L. Ross**
Lic # **207495**

**Accurate Serve Plantation**
151 N. Nob Hill Road, Suite 254
Plantation, FL 33324

Client # 2021005175
Job # FM24958




1 of 1

DATE: 8/23/2021 TIME: 10:51 AM
**MILITARY:** Unknown
**MARITAL STATUS:** Unknown

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

MIGUEL ANGEL ALMARAZ,    CASE NO.: 2:21-CV-551-JLB-NPM

    Plaintiff,

vs.

HOMETOWN VENTURES LLC d/b/a
MAXX FOODS 2,
SOHIL JIVANI, and
MANISHA JIVANI,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    MANISHA JIVANI
        232 EDGEMERE WAY E
        NAPLES, FL 34105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 11, 2021                      CLERK OF COURT

                                                      Regina Thompson
                                                      Signature of Clerk or Deputy Clerk

Civil Action No.: